IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 3:15-cr-26-KRG-KAP |
| : | (Case No. 3:19-cv-109-KRG-KAP) |
| JAMES C. FAITH, : | |
| Movant : | |

Memorandum Order

The motion to vacate at ECF no. 28 has been referred to Magistrate Judge Keith A. Pesto in accordance with the Magistrates Act, 28 U.S.C.§ 636 and Local Civil Rule 72.

The Magistrate Judge filed a Report and Recommendation at ECF no. 30 on July 12, 2019, recommending that the motion be summarily denied without a certificate of appealability.

The parties were notified that, pursuant to 28 U.S.C.§ 636(b)(1), they had fourteen days to file written objections to the Report and Recommendation. Movant filed objections with the caption of the civil complaint he filed at Case No. 3:19-cv-64-KRG-KAP (W.D.Pa.), a case that was closed on June 18, 2019. If the objections were intended to refer to the Report and Recommendation filed in this matter, they are meritless.

After *de novo* review of the record of this matter, the Report and Recommendation, and the objections thereto, the following order is entered:

AND NOW, this 26th day of July, 2019. it is

ORDERED that the motion at ECF no. 28 is denied as recommended in the Report and Recommendation at ECF no. 30, which is adopted as the opinion of the Court. The Clerk shall place a copy of the objections at ECF no.7 in Case No. 3:19-cv-64-KRG-KAP (W.D.Pa.) in the record of this matter. The Clerk shall mark Case No. 3:19-cv-109-KRG-KAP closed.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice by U.S. Mail to:

    James C. Faith
    520 Oak Lane
    Tyrone, PA 16686